IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No: 7:24-CR-00022-D1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER TO SEAL** |
| v. | ) | Docket Entry 57 |
| | ) | |
| | ) | |
| JAMES WRAY BOURGOYNE, | ) | |

On the motion of the Defendant, James Bourgoyne and for good cause shown, it is ORDERED that Docket Entry 57 in this matter be sealed until further notice of this Court. The grounds for this Order are found at Docket Entry 57.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by this Court.

SO ORDERED, this the **27** day of August, 2025.

James C. Dever III
United States District Court Judge